IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-31286
Summary Calendar
_____


EUGENE V. WILLIAMS; FRANK W. RODGERS;
MARY BETH O'BRIEN; AUGUSTUS MARKRIS,

Plaintiffs-Appellants,

versus

INTERNATIONAL ORGANIZATION OF MASTERS,
MATES AND PILOTS,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 95-CV-2265-D
_____
August 26, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The appellants appeal the district court's grant of summary
judgment for the International Organization of Masters, Mates and
Pilots.  The appellants contend that the district court abused its
discretion in limiting discovery to that presented at the grievance
hearing and that the district court erred in granting summary

---

[*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

judgment because genuine issues of material fact remained as to the union's grievance procedures.  We have reviewed the record and the briefs and AFFIRM the district court's judgment for essentially the same reasons set forth by the district court.  <u>Williams v. International Org. of Masters, Mates and Pilots</u>, 95-CV-2265-D (E.D. La. Dec. 7, 1995).

A F F I R M E D.